IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v.  : | **CRIMINAL NUMBER 25-08** |
| : | |
| : | |
| **MARY BLAKLEY** : | |

# O R D E R

**AND NOW**, this _____ day of _____, 2025, the Court being advised that all parties require additional time to prepare for trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby

**ORDERED** that the joint motion for continuance of trial is **GRANTED**. Trial in this matter shall begin on the _____ day of _____, 2026. No later than **December 10, 2025**, the defendant shall file pretrial motions and the Government shall respond no later than **December 17, 2025.** No later than **December 20, 2026**, all parties shall file motions in limine. All responses shall be filed no later than **December 30**.

BY THE COURT:

_____
**THE HONORABLE GEORGE A. McHUGH**
**United States District Court Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 25-08** |
| | : | |
| **MARY BLAKLEY** | : | |

## JOINT MOTION FOR AT LEAST A
## SIXTY-DAY CONTINUANCE OF TRIAL

Mary Blakley, by and through her counsel, Timothy A. Wright, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, comes before this Court and respectfully requests a short continuance of her trial date to accommodate a reset pretrial and motion in limine schedule based upon ongoing and voluminous discovery productions. In support of this request, it is stated:

1. On February 21, 2025, Mary Blakley and Fred Blakley were arraigned before the Honorable Carol Sandra Moore Wells and entered pleas of not guilty to the instant indictment.

2. Trial was initially scheduled to commence on **April 29, 2025**.

3. On **March 7, 2025**, the Government and defendants jointly filed a *Motion to Continue Trial for at Least Ninety Days*. The motion was granted, and trial was rescheduled for **October 6, 2025**.

4. From **March 11, 2025, through April 30, 2025**, the Government filed three *Unopposed Motions to Amend the Discovery Schedule*. In those motions, the Government described the extensive volume of discovery to be produced to the defense.

5. In its final *Unopposed Motion to Amend the Discovery Schedule*, the Government requested, and this Court ordered, that all discovery materials to which defendants are entitled be

produced by **May 14, 2025**, except for forensic copies of seized computers and phones, which were to be provided as soon as reasonably available. The Court also set a pretrial motions deadline of **June 16, 2025**.

6. On **June 5, 2025**, a *Superseding Indictment* was returned against defendants Fred and Mary Blakley, adding **Janemarie Lanzo** as a defendant and expanding the alleged conspiracy period by approximately fifteen years.

7. On **June 13, 2025**, Mary and Fred Blakley jointly filed an *Unopposed Motion to Continue Trial and Extend the Pretrial Motions Deadline* in light of the expanded Indictment and pending production of the forensic copies of seized electronic devices and corresponding search warrant materials.

8. The motion was granted, and the Court rescheduled trial for **January 20, 2026**, with motions in limine due **October 27, 2025**.

9. On **October 1, 2025**, the Government requested from defense counsel a **2TB hard drive** to facilitate production of the forensic copies of thirty-eight seized computers and phones. These devices had been seized by the Government in January 2025.

10. M. Blakley provided her hard drive on or about October 2, 2025. F. Blakley provided his hard drive on October 3, 2025.

11. On October 30, 2025, the government made available for pickup a 2 TB hard drive which includes images of 38 seized devices.

12. On November 17, 2025, the Government requested an additional 1TB hard drive for the next discovery production consisting of additional images of electronic devices.

13. On November 19, 2025, the government provided approximately 20,000 pages of additional FBI and other documents.

14. This voluminous additional discovery has been made available after the pretrial motion deadline and shortly before the motion in limine deadline.

15. Counsel undersigned respectfully requests additional time to review discovery, conduct necessary investigations and legal research, engage in negotiations toward a possible non-trial resolution, and otherwise prepare for trial.

16. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

17. Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(I).

18. Failure to grant the continuance would deny counsel for the defendants the reasonable time necessary for preparing effectively to represent defendants in this matter.

19. Counsel undersigned has advised Ms. Blakley of this continuance request, and Ms. Blakley is unopposed.

20. Megan J. Davies, Esquire, who represents the co-defendant, Fred Blakley, joins in this request. She has advised Mr. Blakley of this continuance request and informs that he is unopposed.

21. The government opposes this request.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request that this motion be granted, and the trial be continued.

                                                                      Respectfully submitted,

                                                                      */s/ Timothy A. Wright*
                                                                      TIMOTHY A. WRIGHT
                                                                      Assistant Federal Defender

**CERTIFICATE OF SERVICE**

I, Timothy A. Wright, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have caused a copy of Defendant's Joint Motion for a Continuance of Trial to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing System ("ECF") notification upon Ruth Mandelbaum and Paul Shapiro, Assistant United States Attorneys, United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106; and Megan J. Davies, Esquire, 38 North Haddon Avenue, Haddonfield, NJ 08033.

/s/ Timothy A. Wright
TIMOTHY A. WRIGHT
Assistant Federal Defender

DATE:  November 25, 2025